## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

VLADIMIR HERNANDEZ MACHADO,

Petitioner,

v.

KRISTI NOEM, *et al.*,

Respondents.

Civil Action No. 26-1449 (MAS)

**ORDER**

This matter having come before the Court on Petitioner's habeas petition (ECF No. 1), the Court having considered the petition, the record of proceedings in this matter, the Government's response (ECF No. 9), and Petitioner's replies (ECF Nos. 10-11), and for the reasons expressed in the accompanying Opinion,

**IT IS** on this day of May, 2026, **ORDERED** that:

1.  Petitioner's habeas petition (ECF No. 1) is **GRANTED**;

2.  The Government shall provide Petitioner with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within ten days;

3.  The Government shall report the outcome of that hearing within three days of a decision by the immigration judge;

4.  The Government shall not transfer Petitioner out of New Jersey prior to the conclusion of his bond hearing; and

5.  The Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon the parties electronically and shall **CLOSE** the file.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE